FILED

SEP 6 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>SUNITHA GUNTIPALLY,<br><br>Defendant-Appellant. | No. 19-10142<br><br>D.C. No. 5:16-cr-00189-LHK-1<br>Northern District of California, San Jose<br><br>ORDER |

Before: WARDLAW, NGUYEN, and HURWITZ, Circuit Judges

The court adopts in full the Appellate Commissioner's report and recommendation. The motion of Sang Hui Michael Kim, Pascal F. Naples, and Mark E. Schamel to withdraw as retained counsel and appellant Sunitha Guntipally's request to represent herself on appeal (Docket Entry No. 2) are granted.

The Clerk shall change this court's docket to show that appellant Guntipally represents herself on appeal: Sunitha Guntipally, Reg. No. 20027-111, FCI Dublin, Federal Correctional Institution, 5701-8th St Camp Parks, Dublin, CA 94568. With this order, the Clerk shall serve on appellant Guntipally a case opening packet for pro se appeals.

MH/Appellate Commissioner

Appellant Guntipally's opening brief and excerpts of record are due October 22, 2019. The government's answering brief is due November 21, 2019. Appellant's optional reply brief is due December 12, 2019.